Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
24, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed May 24, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00395-CV

____________

 

IN RE RICHARD BAGGETT,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On May
11, 2007, relator Richard Baggett, an inmate, filed a mandamus petition in this
court, seeking a writ ordering the judge of the 179th District Court, Harris
County, Texas, to inform relator of ruling=s on several motions, including a
motion requesting DNA testing.[1]  








The
cause number referenced in relator=s petition is from his conviction for
aggravated sexual assault, which this court affirmed on appeal in 1989.  See
Baggett v. State, 14-89-00165-CR, 1989 WL 122450 (Tex. App.CHouston [14th Dist.] Oct. 19, 1989,
pet. ref=d).  Also, relator=s motion requesting DNA testing was
previously disposed of in 2003. See Baggett v. State, 110 S.W.3d 704,
708 (Tex. App.CHouston [14th Dist.] 2003, pet. ref=d).  

Relator
fails to establish that he is entitled to the requested mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus.    

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed May 24,
2007.

Panel consists of Justices Yates, Edelman, and
Seymore.    









[1]See Tex. Gov=t Code Ann.
' 22.221 (Vernon 2004).